IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and EARLVEEN HAWKINS, Revenue Officer, | No. C 05-5209 MEJ |
| Petitioner(s), | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| vs. | |
| ALEXANDER FOLGER, | |
| Respondent. | |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because Petitioner has requested reassignment to a United States District Judge.

Dated: December 30, 2005

MARIA-ELENA JAMES
United States Magistrate Judge