KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and EARLVEEN HAWKINS, Revenue Officer,**  Petitioners,  v.  **ALEXANDRA FOLGER,**  Respondent. | NO. C-05-5209-SC  **APPLICATION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND ORDER** |

This matter is set for a hearing on June 23, 2006 an Order to Show Cause Re: Enforcement of Internal Revenue Service Summons. We have been unable serve the respondent with the pleadings. Accordingly, we request that the hearing be continued to August 4, 2006 at 10:00 a.m. to allow us more time to serve the respondent.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**

Upon application of the United States, the hearing on the Order To Show Cause is continued to August 4, 2006 at 10:00 a.m.

IT IS SO ORDERED
Judge Samuel Conti

_____
UNITED STATES DISTRICT JUDGE