| | |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)** |
|   | United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)** |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and** | ) | |
| **EARLVEEN HAWKINS, Revenue Officer,** | ) | NO. C-05-5209-SC |
|  | ) | |
| **Petitioners,** | ) | |
|  | ) | **APPLICATION TO DISMISS** |
| v. | ) | **VERIFIED PETITION TO ENFORCE** |
|  | ) | **INTERNAL REVENUE SERVICE** |
| **ALEXANDRA FOLGER,** | ) | **SUMMONS AND ORDER** |
|  | ) | |
| **Respondent.** | ) | |
|  | ) | |

The United States of America dismisses the Petition To Enforce filed on December 16, 2005.

KEVIN V. RYAN
United States Attorney

Dated: June 27, 2006           /s/ Jay R. Weill
                               JAY R. WEILL
                               Assistant United States Attorney
                               Chief, Tax Division

SO ORDERED:

DATED:   6/29/06

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*